WILSON B. SHELDON, Respondent, *v.* THE WESTERN UNION TELEGRAPH COMPANY, Appellant.

(Argued June 9, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Herbert E. Dickson* for appellant.

*Homer A. Nelson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.